KAMALA D. HARRIS
Attorney General of California
MARK J. BRECKLER
Senior Assistant Attorney General
LARRY G. RASKIN
Supervising Deputy Attorney General
KENNY V. NGUYEN
Deputy Attorney General
State Bar No. 233385
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: 323-6311
 Fax: (916) 323-6882
 E-mail: Kenny.Nguyen@doj.ca.gov
*Attorneys for the State of California*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA and STATE OF CALIFORNIA, ex rel. DUSTIN WALTERS, JANE ROE, and RICHARD ROE,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**EDUCATION MANAGEMENT CORPORATION, THE ART INSTITUTES, and DOES 1-500, Inclusive,**<br><br>**Defendants.** | Case No. 2:10-CV-2479-FCD-EFB<br><br>**ORDER**<br><br>Date:     No Hearing Required<br>Time:     N/A<br>Judge:    Hon. Frank C. Damrell, Jr. |

Pursuant to California Government Code section 12652, subdivision (c)(6)(B), the California Attorney General elects to decline intervention in this action.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED:

1. The parties shall serve the California Attorney General's Office, Corporate Fraud Section, False Claims Unit, to the attention of Kenny V. Nguyen, Deputy Attorney General, copies of:

    (a) Any proposal to dismiss, settle, or otherwise terminate this action; and

    (b) Any notice or petition initiating any appeal and each paper and brief filed in the appeal, pursuant to California Government Code section 12656.

IT IS SO ORDERED.

Dated: May 26, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE