IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF CALIFORNIA, *ex rel.* DUSTIN WALTERS, JANE ROE, and RICHARD ROE,<br><br>            Plaintiffs<br><br>     v.<br><br>EDUCATION MANAGEMENT CORPORATION, THE ART INSTITUTES, and DOES 1-500, Inclusive,<br><br>            Defendants. | 2:10-cv-02479-GEB-EFB<br><br><u>ORDER TO SHOW CAUSE AND CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE; FED. R. CIV. P. 4(M) NOTICE</u> |

   The September 1, 2011, Minute Order scheduled a Status (Pretrial Scheduling) Conference in this case on November 14, 2011, and required the parties to file a joint status report no later than fourteen (14) days prior to the scheduling conference. No status report was filed as ordered.

   Therefore, Plaintiffs Dustin Walters, Jane Roe, and Richard Roe ("Named Plaintiffs") are Ordered to Show Cause ("OSC") in a writing to be filed no later than 4:00 p.m. on November 14, 2011, why sanctions should not be imposed against them and/or their counsel under Rule 16(f) of the Federal Rules of Civil Procedure for failure to file a timely status report. The written response shall also state whether Named Plaintiffs or their counsel is at fault, and whether a hearing is

1

requested on the OSC.[1] If a hearing is requested, it will be held on December 12, 2011, at 9:00 a.m., just prior to the status conference, which is rescheduled to that date and time. A joint status report shall be filed no later than fourteen (14) days prior to the status conference.

Further, Named Plaintiffs are notified under Rule 4(m) of the Federal Rules of Civil Procedure that any defendant not served with process within the 120 day period prescribed in that Rule may be dismissed as a defendant. To avoid dismissal, on or before November 14, 2011, Named Plaintiffs shall file proof of service for any unserved defendant or a sufficient explanation why service was not effected within Rule 4(m)'s prescribed service period.

In light of the threat of dismissal in this Order and the requests of the United States of America and the State of California to be notified in advance of any dismissal, the Clerk's Office shall serve this Order on the United States Attorney's Office and the California Attorney General's Office. See ECF Nos. 8-9, 12-13.

Dated: November 7, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] "If the fault lies with the attorney, that is where the impact of sanction should be lodged. If the fault lies with the clients, that is where the impact of the sanction should be lodged." Matter of Sanction of Baker, 744 F.2d 1438, 1442 (10th Cir. 1984), cert. denied, 471 U.S. 1014 (1985). Sometimes the faults of attorneys, and their consequences, are visited upon clients. In re Hill, 775 F.2d 1385, 1387 (9th Cir. 1985).